Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★  ★  ★  ★  ★  ★

# MEMORANDUM OPINION

No. 04-09-00355-CV

In the Matter of the **ESTATE OF** Beatrice A. **HAAG**,

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2006-PC-2224
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:   July 15, 2009

MOTION TO DISMISS GRANTED AND APPEAL DISMISSED

Appellant Mark S. Haag filed a motion to dismiss this appeal. We grant the motion. *See* TEX.

R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)

(stating that absent parties' agreement, costs are taxed against appellant).

PER CURIAM